AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MELTON, Howell W | 2. Court or Organization<br><br>U.S.D.C., Middle Florida | 3. Date of Report<br><br>05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Suite 11-300<br>300 North Hogan Street<br>Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Flagler College, St. Augustine, Florida |
| 2.   Member | Advisory Q-Board, Flagler Health Care Foundation, non-profit corp. (Flagler Hospital, non-profit corp.) *1 |
| 3.   Director | Historical Society of the United States District Court for the Middle District of Florida (non-profit corp.) |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 9:39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida, Dept. of Management Services, Division of Retirement | $ $ 27,122.70 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MELTON, Howell W | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 2. Wachovia Corp. IRA Acct. (CD) | A | Interest | K | T | | | | | |
| 3. Alliance Bernstein Balanced SHS Inc. (Mutual Fund) | C | Dividend | K | T | | | | | |
| 4. Alliance Bernstein Growth & Income Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. Nuveen Ins. Mun. Opportunity Fd., Inc. | B | Interest | K | T | | | | | |
| 6. Nuveen Ins. FL Premium Income Municipal Fd. | A | Interest | K | T | | | | | |
| 7. Walt Disney Co. common stock | A | Interest | K | T | | | | | |
| 8. Evergreen High Grade T/F Fund A (Mutual Fund) | B | Dividend | K | T | | | | | |
| 9. Vanguard Index Trust-500 Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 10. Vanguard Equity Income Fund (Mutual Fund) | D | Dividend | L | T | | | | | |
| 11. Vanguard Total Stock Market Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. Nuveen Ins. FL Premium Income Municipal Fd. | B | Interest | K | T | | | | | |
| 13. Wachovia Corp. account | C | Interest | M | T | | | | | |
| 14. Wachovia Corp. account | A | Interest | J | T | | | | | |
| 15. Ford Motor Co. common stock | A | Dividend | J | T | | | | | |
| 16. AT&T Inc. common stock | A | Dividend | K | T | | | | | |
| 17. Vodaphone Grp PLC com.stk. | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Comm'n Com. com. stock | A | Dividend | J | T | | | | | |
| 19. Bellsouth Corp. common stock | A | Dividend | K | T | | | | | |
| 20. Dana Corp. common stock | | None | | | sell | 8/30 | J | | |
| 21. DuPont E.I. DeNemours & Co. pfd. stock $4.50 | A | Dividend | J | T | | | | | |
| 22. Exxon Mobil Corp. common stock | B | Dividend | L | T | | | | | |
| 23. Federated Dept. Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 24. Wachovia Corp. common stock | D | Dividend | N | T | | | | | |
| 25. Evergreen High Grade T/F Fd. A | A | Dividend | K | T | | | | | |
| 26. Mass. Invs. TR CL A Fund | A | Dividend | J | T | | | | | |
| 27. Quest Comm. International Inc. common stock | | None | J | T | | | | | |
| 28. VanKampen U.S. Mortgage Fund | B | Dividend | K | T | | | | | |
| 29. Home Depot, Inc. common stock | A | Dividend | K | T | | | | | |
| 30. Putnam Vista Fund, Inc. (Mutual Fund) | | None | K | T | | | | | |
| 31. Hillsborough Co. Fla. Utility Revenue COP Zero Bonds | B | Interest | | | redemption | 8/1 | K | | |
| 32. Plantation Fla. Water Sewer Revenue Zero Bonds | A | Interest | J | T | | | | | |
| 33. Port Everglades Auth. Fla. Revenue Zero Bonds | C | Interest | K | T | part redempt | 9/1 | J | | |
| 34. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America Corp. common stock | C | Dividend | M | T | | | | | |
| 36. Pfizer Corp. common stock | A | Dividend | J | T | | | | | |
| 37. Dade Co. FL Spl Oblig Rev AMBAC B/E Cpn Bonds | A | Interest | K | T | | | | | |
| 38. Citigroup Inc. com stk | A | Dividend | J | T | | | | | |
| 39. Oracle Corp. common stock | | None | K | T | | | | | |
| 40. Florida St. Bd. Ed. Cap. Outlay Ser. A Bonds | B | Interest | K | T | | | | | |
| 41. Wal-Mart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 42. Pt. Orange FL Wtr & Swr Rev. Rfdg AMBAC BE bonds | B | Interest | K | T | | | | | |
| 43. Nuveen Senior Income Fund | A | Dividend | J | T | | | | | |
| 44. Putnam New Opportunities Fd Cl B shs mutual | | None | J | T | | | | | |
| 45. Prosperity Bank of St. Augustine CD | A | Interest | | | redemption | 6/17 | K | | |
| 46. Prosperity Bank of St. Augustine CD | B | Interest | L | T | | | | | |
| 47. Comcast Corp. New Class A common stock | | None | J | T | | | | | |
| 48. Ft Unit 723 Mun. Closed End Port Ser. 8 | B | Interest | K | T | | | | | |
| 49. Fl. St. Bd. of Ed. Ser. H G/O Unltd ... Cpn 3.25% Due 6/1/09 | A | Interest | K | T | | | | | |
| 50. Fl. St. Mun. Pwr Agy Rev Ref All Reqts Cpn 3.00% due 10/1/07 | A | Interest | K | T | | | | | |
| 51. Vystar Credit Union CD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vystar Credit Union CD | A | Interest | K | T | | | | | |
| 53. Prosperity Bank of St. Augustine CD | C | Interest | | | redemption | 6/26 | L | | |
| 54. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 55. Wachovia Corp. CD | A | Interest | K | T | | | | | |
| 56. Wachovia Corp CD | A | Interest | K | T | | | | | |
| 57. Wachovia Corp CD | B | Interest | K | T | | | | | |
| 58. Monsanto Co. (common stock) | A | Dividend | J | T | | | | | |
| 59. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 60. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 61. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 62. Wachovia Corp. CD | B | Interest | K | T | | | | | |
| 63. Medco Health Solutions Inc. common stock | | None | J | T | | | | | |
| 64. Putnam State Bank CD | | None | K | T | buy | 6/19 | K | | |
| 65. Putnam State Bank CD | | None | L | T | buy | 6/26 | L | | |
| 66. Wachovia Corp. CD | A | Interest | K | T | buy | 8/1 | K | | |
| 67. Wachovia Corp. CD | A | Interest | K | T | buy | 8/3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1 Previous Board of Trustee Members and Executive Officers of Flagler Hospital. Invited to an annual meeting for an update on current hospital procedures and future plans. Role is to participate as much or as little as preferred in an advisory capacity. Basically, an honorary position.

re: Part VII entries 3, 5, 6, 10, and 12 -- income indentified in column 2 includes gain.
re: Part VII entries 8 and 25 -- income identified in column 2 includes interest and gain.
re: Part VII entry 48 -- income identifed in column 2 includes undistributed income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                     Date  MAY 2, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544